# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143752

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SUSAN GOLDFADEN,
        Plaintiff-Appellee,

v

SEAN CLEVELAND,
        Defendant-Appellant.

SC: 143752
COA: 297416
Oakland CC: 2009-098756-NO

_____/

      On order of the Court, the application for leave to appeal the June 14, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

t0319